1  Leemore Libesman (State Bar No. 221969)
   HOLME ROBERTS & OWEN LLP
2  777 South Figueroa Street, Suite 2800
   Los Angeles, CA  90017-5826
3  Telephone:  (213) 572-4300
4  Facsimile:  (213) 572-4400

5  Attorneys for Plaintiffs
6  MOTOWN RECORD COMPANY, L.P.;
   CAPITOL RECORDS, INC.; SONY BMG
7  MUSIC ENTERTAINMENT; BMG MUSIC;
   and WARNER BROS. RECORDS INC.

8

                    UNITED STATES DISTRICT COURT
9
                    NORTHERN DISTRICT OF CALIFORNIA
10

11

12  MOTOWN RECORD COMPANY, L.P., a          Case No.: C06-2044 MEJ
    California limited partnership; CAPITOL
13  RECORDS, INC., a Delaware corporation;      Honorable Maria-Elena James
    SONY BMG MUSIC ENTERTAINMENT, a
14  Delaware general partnership; BMG MUSIC, a   **STATUS REPORT**
    New York general partnership; and WARNER
15  BROS. RECORDS INC., a Delaware              ORDER VACATING JULY 20, 2006 CASE
16  corporation,,                              MANAGEMENT CONFERENCE

17             Plaintiff,
18      v.

19  KEVIN LOW,

20             Defendant.

21

22       Plaintiffs Motown Record Company, L.P., Capitol Records, Inc., Sony BMG Music

23  Entertainment, BMG Music, and Warner Bros. Records Inc., (collectively, "Plaintiffs") respectfully

24  submit the following status report:

25       The Summons and Complaint in this matter were filed with the Court on March 17, 2006,

26  and Defendant Kevin Low was served on March 28, 2006, by personal service.  The parties have

27  come to a settlement-in-principle, and have submitted to the Court a Stipulation to Judgment and

28  Permanent Injunction, as well as a Proposed Judgment and Permanent Injunction for the Court's

                                        1

#2371 v1

approval.  Accordingly, no pretrial scheduling or case management need be completed. Plaintiffs therefore request that the Case Management Conference currently scheduled for July 20, 2006 at 10:00 a.m. be vacated.

Dated:  July 12, 2006

LEEMORE LIBESMAN
HOLME ROBERTS & OWEN LLP

By: _____ */s/ Leemore Libesman*
Leemore Libesman
Attorney for Plaintiffs
MOTOWN RECORD COMPANY, L.P.;
CAPITOL RECORDS, INC.; SONY BMG
MUSIC ENTERTAINMENT; BMG
MUSIC;and WARNER BROS. RECORDS
INC.

Plaintiffs' request to vacate the case management conference is GRANTED.

Dated: July 14, 2006



IT IS SO ORDERED

Judge Maria-Elena James

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

2

#2371 v1